UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>GEORGE GAROFANO,<br><br>　　　Defendant. | CR No 18CR00010-SVW<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1030(a)(2)(C), (c)(2)(B)(ii), (iii): Unauthorized Access to a Protected Computer to Obtain Information] |
|---|---|

The United States Attorney charges:

[18 U.S.C. § 1030(a)(2)(C), (c)(2)(B)(ii), (iii)]

1.  Apple Inc. ("Apple"), located in Cupertino, California, operates computers used by subscribers all over the world in interstate and foreign commerce and communications.  One of the services that Apple provides to its customers is "iCloud," a "cloud" computing back-up system for subscriber data.  Photographs and videos taken on Apple iPhones and other digital devices can be automatically backed up to the iCloud, making them accessible to users on the Internet.

2.  Between on or about April 18, 2013, and October 22, 2014, in Los Angeles County, within the Central District of California, in Northford, Connecticut, within the District of Connecticut, and

elsewhere, defendant GEORGE GAROFANO, intentionally and in furtherance of criminal and tortious acts, namely, Grand Theft, in violation of California Penal Code Section 487, and the California State torts of Invasion of Privacy and Intrusion upon Seclusion, accessed without authorization and in excess of authorization Apple iCloud accounts, which were maintained on protected computers as that term is defined in Title 18, United States Code, Section 1030(e)(2)(B), belonging to more than 250 victims, including victims residing within the Central District of California and the District of Connecticut, and thereby obtained complete iCloud backups, photographs, and other private information, the value of which exceeded $5,000.

SANDRA R. BROWN
Attorney for the United States,
Acting Under Authority Conferred
by 28 U.S.C. § 515



PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

STEPHANIE S. CHRISTENSEN
Assistant United States Attorney
Chief, Cyber & Intellectual
Property Crimes Section

RYAN WHITE
Assistant United States Attorney
Deputy Chief, Cyber & Intellectual
Property Crimes Section