UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>GEORGE GAROFANO | PLAINTIFF<br><br><br>DEFENDANT | CASE NUMBER:<br>18 CR-00010 SVW<br><br>WAIVER OF INDICTMENT |
|---|---|---|

I, _____ George Garofano _____, the above-named defendant, who is accused of _____ Unauthorized Access to a Protected Computer to Obtain Information _____, in violation of _____ 18 U.S.C. Sections 1030(a)(2)(C), 1030(c)(2)(B)(ii) and (iii) _____, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _____, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

12/20/2017
Date

12/20/17
Date

Date

Defendant

Counsel for Defendant

Before: *Judicial Officer*

If the defendant does not speak English, complete the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

Date

Interpreter

CR-57 (06/14)                                         WAIVER OF INDICTMENT